# APPENDIX B

Video Excerpt of August 14, 2018 City of Bainbridge Island City Council Meeting, time stamp 4:05:46 to 4:21:51.

A flash drive will be mailed to the Clerk's Office for the Western District of Washington. *See* Notice of Filing Paper or Physical Materials with the Clerk.

**Link to Video Excerpt:**

https://drive.google.com/file/d/1VSMMdgCimLzIWbjEDRMhhFFTYUTXY1Ac/view?usp=sharing

**Links to Full Video:**

http://bainbridgewa.granicus.com/player/clip/965b5923-694e-4176-b27c-277205bfeed9?meta_id=1aa9ee71-0401-4664-bc54-13269dbf795b&redirect=true

https://perma.cc/UBN2-3YMV