# APPENDIX C

# EXHIBIT "1"

**Christine Brown**

| | |
|---|---|
| **From:** | Chris/Lisa Neal <neal4law@gmail.com> |
| **Sent:** | Wednesday, December 16, 2020 10:52 AM |
| **To:** | Christine Brown |
| **Cc:** | Lisa Neal |
| **Subject:** | Public Records Request |

CAUTION: This email originated from outside the City of Bainbridge Island organization. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

Please produce the video and audio Zoom recordings for all Island Center Subarea Planning Process meetings.

Thank you -

Lisa Neal

# EXHIBIT "2"

✉ **External Message**   <u>Hide</u>                                    Public 👁

We will respond to your request within five business days.  At that time, we will provide the records, provide an internet address and link to the specific records requested, provide a reasonable estimate of time required to respond to the request, or deny the request. Please note that Governor Inslee has temporarily suspended the Public Records Act's requirement to maintain business hours for public inspection and copying of records for a minimum of 30 hours a week through January 19, 2020.

*December 16, 2020, 11:31am*

# EXHIBIT "3"

📄 **Document(s) Released**                                        Public

https://www.bainbridgewa.gov/AgendaCenter

httpapps.bainbridgewa.govmediavideo2020ICSP_20201216.mp3

*December 18, 2020, 8:12pm by Jane Rasely*

✉ **External Message**  Hide                          .          Public 

Hi, Lisa,

I am releasing a link to the Committee Agenda Center on the City's website.  All audio recordings of the Island Center Subarea Planning Process Steering Committee meetings are housed there.  There is a video of the February 10, 2020 Open House in this repository.

I am also releasing the Zoom meeting video for the December 16, 2020 Island Center Subarea Planning Process Steering Committee meeting.  To my knowledge, this is the only other meeting video we have.

Please let me know if you have any trouble with the links provided.  I will be out of the office until December 28, 2020 and will push the due date of this request out to December 31, 2020 in order to respond to any inquiries or problems you may experience with the links.

Thank you,

Jane Rasely

Administrative Specialist, Planning & Community Development

(206) 780-3758

*December 18, 2020, 8:12pm by Jane Rasely, Administrative Specialist (Staff)*

# EXHIBIT "4"

**Christine Brown**

| | |
|---|---|
| **From:** | Chris/Lisa Neal <neal4law@gmail.com> |
| **Sent:** | Saturday, December 19, 2020 2:01 PM |
| **To:** | Christine Brown |
| **Cc:** | Lisa Neal |
| **Subject:** | Fwd: [Document Released] Bainbridge Island public records request #20-818 |

> **CAUTION:** This email originated from outside the City of Bainbridge Island organization. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

Christine,

Please append PRR 20-818:

Please produce all documents reflecting any decision, policy, directive, or decision to delete the video portion of Zoom meetings of the Island Center Subarea Planning Process Committee.

Thank you.

Lisa Neal


Begin forwarded message:

**From:** "publicrecords@bainbridgewa.gov" <publicrecords@bainbridgewa.gov>
**Subject: [Document Released] Bainbridge Island public records request #20-818**
**Date:** December 18, 2020 at 8:12:39 PM PST
**To:** neal4law@gmail.com
**Reply-To:** bainbridgewa_20-818-requester-notes@inbound.nextrequest.com

-- Attach a non-image file and/or reply ABOVE THIS LINE with a message, and it will be sent to staff on this request. --

## Bainbridge Island Public Records

### Hi there
Documents have been released for record request #20-818 along with the following message:

Hi, Lisa,

I am releasing a link to the Committee Agenda Center on the City's website.  All audio recordings of the Island Center Subarea Planning Process Steering Committee meetings are housed there.  There is a video of the February 10, 2020 Open House in this repository.

I am also releasing the Zoom meeting video for the December 16, 2020 Island Center Subarea Planning Process Steering Committee meeting.  To my knowledge, this is the only other meeting video we have.

Please let me know if you have any trouble with the links provided.  I will be out of the office until December 28, 2020 and will push the due date of this request out to December 31, 2020 in order to respond to any inquiries or problems you may experience with the links.

Thank you,

Jane Rasely

Administrative Specialist, Planning & Community Development

(206) 780-3758

- https://www.bainbridgewa.gov/AgendaCenter
- httpapps.bainbridgewa.govmediavideo2020ICSP_20201216.mp3

**View Request 20-818**

http://bainbridgewa.nextrequest.com/requests/20-818

Document links are valid for one month. After January 18, you will need to sign in to view the document(s).



**POWERED BY NEXTREQUEST**

*The All in One Records Requests Platform*

*Questions about your request?* Reply to this email or sign in to contact staff at Bainbridge Island.

*Technical support:* See our <u>help page</u>

# EXHIBIT "5"

| | |
|---|---|
| **From:** | publicrecords@bainbridgewa.gov |
| **To:** | Carla Lundgren; Jane Rasely |
| **Subject:** | [External Message Added] Bainbridge Island records request #20-818 |
| **Date:** | Thursday, December 31, 2020 4:02:37 PM |

CAUTION: This email originated from outside the City of Bainbridge Island organization. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

-- Reply ABOVE THIS LINE to post an EXTERNAL message that will be sent to both the requester & staff. Attach a non-image file to
have it uploaded to the request as a staff-only document. --

## Bainbridge Island Public Records

### Hi there

### A message was added to record request #20-818:

Dear Lisa,

Our policy is to record on Zoom only those committee meetings that were recorded prior to the pandemic.  The Island Center Subarea Planning Process Committee was not on that list.  Staff has to turn on the recording feature in order to record the meeting. Recordings are not made for those meetings so no recordings are deleted.

Please let us know if you would like us to provide emails relating to this policy.

Best,

Christine

View Request 20-818

http://bainbridgewa.nextrequest.com/requests/20-818



POWERED BY NEXTREQUEST

*The All in One Records Requests Platform*

Help Pages | support@nextrequest.com

| | |
|---|---|
| **From:** | publicrecords@bainbridgewa.gov |
| **To:** | Carla Lundgren; Jane Rasely |
| **Subject:** | [External Message Added] Bainbridge Island records request #20-818 |
| **Date:** | Thursday, December 31, 2020 5:45:38 PM |

CAUTION: This email originated from outside the City of Bainbridge Island organization. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

-- Reply ABOVE THIS LINE to post an EXTERNAL message that will be sent to both the requester & staff. Attach a non-image file to have it uploaded to the request as a staff-only document. --

## Bainbridge Island Public Records

## Hi there

## A message was added to record request #20-818:

Hi Lisa,

After speaking further with Planning staff, I need to modify my response.  The meetings were recorded, and the audio portion was retained and uploaded to the web site since audio recordings were provided prior to the pandemic.  I will work with Planning staff to determine if there are any records documenting this decision.

I will have an additional response on January 8.

Best,

Christine

**View Request 20-818**

http://bainbridgewa.nextrequest.com/requests/20-818



POWERED BY NEXTREQUEST

*The All in One Records Requests Platform*

Help Pages | support@nextrequest.com

# EXHIBIT "6"

**Document(s) Released**                                    Public

Guidance on recording Zoom meetings.pdf

*January 8, 2021, 4:51pm by Jane Rasely*

**External Message**  Hide                          Public 

Lisa,

I am providing an email from Ellen Schroer with instructions on recording committee meetings on Zoom.  Following this email, Planning staff spoke about the format of recording for the Island Center Subcommittee.  We understood that the direction was to provide the same type of recording that was provided prior to the pandemic.  As a result, we only downloaded the audio file from each Zoom meeting and deleted the video file.  The videos were never downloaded to the City's system and were deleted from the Zoom account (and cloud).  Going forward, we have clarified that the video recording may be provided for these meetings.

There are no records relating to the instruction to retain just the audio portion.  The conversations were verbal.

Please do not hesitate to contact me if you have any further questions.

Jane Rasely

Administrative Specialist, Planning & Community Development

(206) 780-3758

*January 8, 2021, 4:51pm by Jane Rasely, Administrative Specialist (Staff)*

# EXHIBIT "7"

| | |
|---|---|
| **From:** | publicrecords@bainbridgewa.gov |
| **Sent:** | Monday, January 11, 2021 12:58 PM |
| **To:** | clundgren@bainbridgewa.gov; jrasely@bainbridgewa.gov |
| **Subject:** | [External Message Added] Bainbridge Island records request #20-818 |

**CAUTION:** This email originated from outside the City of Bainbridge Island organization. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

-- Reply ABOVE THIS LINE to post an EXTERNAL message that will be sent to both the requester & staff. Attach a non-image file to have it uploaded to

the request as a staff-only document. --

## Bainbridge Island Public Records

### Hi there
## A message was added to record request #20-818:

Hi Lisa,

I made the previous responses visible to the public on the portal.

The video recordings were deleted from Zoom manually. There are no records that show the deletions, but we are providing screenshots from Planning Staff's account that show the records currently available in both the recordings section and the trash section.

Going forward, staff will be providing the videos of the Island Center meetings.

Best,

Christine



**View Request 20-818**

http://bainbridgewa.nextrequest.com/requests/20-818



**POWERED BY NEXTREQUEST**

*The All in One Records Requests Platform*

Help Pages | support@nextrequest.com



# EXHIBIT "8"

**Christine Brown**

---

| | |
|---|---|
| **From:** | Chris/Lisa Neal <neal4law@gmail.com> |
| **Sent:** | Thursday, January 7, 2021 2:47 PM |
| **To:** | Christine Brown |
| **Cc:** | Lisa Neal |
| **Subject:** | Public Records Request |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

CAUTION: This email originated from outside the City of Bainbridge Island organization. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

All approved minutes for the Island Center Subarea Planning Process Steering Committee's meetings for the September, October, November and December, 2020 meetings.

1

# EXHIBIT "9"

✉ **External Message**  Hide                                    Public 👁

We will respond to your request within five business days.  At that time, we will provide the records, provide an internet address and link to the specific records requested, provide a reasonable estimate of time required to respond to the request, or deny the request. Please note that Governor Inslee has temporarily suspended the Public Records Act's requirement to maintain business hours for public inspection and copying of records for a minimum of 30 hours a week through January 19, 2020.

*January 7, 2021, 4:27pm*

# EXHIBIT "10"

📄 **Document(s) Released**                                      Public

    ISLAND CENTER SUBAREA PLANNING PROCESS STEERING COMMITTEE
    MINUTES 093020.pdf
    ISLAND CENTER SUBAREA PLANNING PROCESS STEERING COMMITTEE
    MINUTES 102820.pdf

    *January 14, 2021, 6:33pm by Jane Rasely*

✉️ **External Message**  <u>Hide</u>                            Public 👁️

    Lisa,

    I am releasing the approved September and October Island Center Planning
    Process Steering Committee meeting minutes.  They have also been posted to the City
    website's Agenda Center.  The November minutes will be posted on Friday, January
    15, 2020 after the Zoom Attendee Report has been downloaded.  The December
    meeting minutes have not yet been approved.

    Please let me know if you have any questions about the documents released or the
    information provided.

    Thank you,

    Jane Rasely

    Administrative Specialist, Planning & Community Development

    (206) 780-3758

    *January 14, 2021, 6:33pm by Jane Rasely, Administrative Specialist (Staff)*

# EXHIBIT "11"

 **Document(s) Released**                                    Public

ISLAND CENTER SUBAREA PLANNING PROCESS STEERING COMMITTEE
MINUTES 112320.pdf

*January 15, 2021, 10:23am by Jane Rasely*

✉ **External Message**  <u>Hide</u>                                    Public 

Lisa,

I am releasing the approved minutes for the Island Center Subarea Planning Process
Steering Committee meeting held on November 23, 2020.  This is the last set of
approved minutes from 2020.  December's minutes will be reviewed and approved at
the first Island Center Subarea Planning meeting in 2021.

Please let me know if you have any questions about this information or the
documents released.  I will be closing your request as I have provided all the
documents requested, but will still be able to respond through this request to any
questions you may have.

Thank you,

Jane Rasely

Administrative Specialist, Planning & Community Development

(206) 780-3758

*January 15, 2021, 10:23am by Jane Rasely, Administrative Specialist (Staff)*