The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

LISA C. NEAL, an individual,

        Plaintiff,

v.

CITY OF BAINBRIDGE ISLAND,

        Defendant.

No. 3:20-cv-06025-RSL

DECLARATION OF JAYNE L. FREEMAN IN SUPPORT OF DEFENDANT CITY OF BAINBRIDGE ISLAND'S MOTION FOR PROTECTIVE ORDER

I, Jayne L. Freeman, declare as follows:

1. I am one of the attorneys representing Defendant City of Bainbridge Island in this lawsuit. I make this declaration based upon my own personal knowledge, upon facts which are admissible in evidence. I am competent to testify to the matters set forth in this declaration.

2. On March 4, 2021, the City filed a Motion to Dismiss, noted for hearing March 26, 2021. *See* Dkt. 10. The facts and proceedings leading up to and establishing the basis for the Motion are set forth therein.

3. On Friday, March 5, 2021, I participated in a scheduled Fed. R. Civ. P. 26 attorney conference with Plaintiff Lisa Neal, Plaintiff's counsel Chris Neal, and co-counsel for the City, Kari Lester, and Audrey Airut Murphy. Counsel for the parties discussed the issues outlined in the court's initial scheduling order, and a draft Joint Status Report prepared by Plaintiff's counsel.

4. Regarding phasing of discovery, etc., I indicated that the City proposed

DECLARATION OF JAYNE L. FREEMAN - 1
3:20-cv-06025-RSL

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

delaying discovery, including Initial Disclosures, until after the court ruled on the City's pending Motion to Dismiss in the event the ruling impacted the necessity and/or scope of potential discovery issues.

5.     Plaintiff's counsel requested that the City continue the noting date of the Motion to Dismiss [Dkt. 10] until the end of April, citing a number of reasons, including the desire to conduct discovery. I indicated during the conference on Friday that it was unlikely the City would agree to such an extension, and on Monday, March 8th, confirmed the City had not authorized me to agree to a continuance of the motion.

6.     During the conference, Plaintiff's counsel proposed setting a trial date in the Spring of 2023, approximately two years away.

7.     On Monday, March 8, 2021, Plaintiff's counsel served Interrogatories and Requests for Production on the City of Bainbridge Island via my office. See Attached **Exhibit A**.

8.     Plaintiff Lisa Neal has previously submitted a number of public records requests to the City pursuant to RCW Ch. 42.56, Washington's Public Records Act, and has already obtained a vast number of documents and items (audio, etc.) through this process. In many respects, the discovery requests are largely duplicative of these disclosures. To the extent the requests differ, it appears Plaintiff is making discovery requests that are even more broad and less likely to lead to discovery of evidence related to the claims in her lawsuit.

9.     Based on initial review of the discovery requests, the City anticipates raising objections to the scope of a number of the requests as overly broad, unduly burdensome, outside the scope of allowable discovery under Fed.R.Civ.P. 26, and not proportional to the needs of discovery as related to Plaintiff's claims.

10.    On Thursday, March 11th, I advised Plaintiff's counsel that the City intended to seek a protective order staying discovery pending a ruling on the Motion to Dismiss and scheduled a discovery conference with Plaintiff's counsel to discuss. The conference was

DECLARATION OF JAYNE L. FREEMAN - 2
3:20-cv-06025-RSL

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

1. handled by co-counsel for the City, Ms. Lester.

2.     I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

4. DATED this 11th day of March, 2021, at Seattle, Washington.

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318

DECLARATION OF JAYNE L. FREEMAN - 3
3:20-cv-06025-RSL

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**
Christopher L. Neal, WSBA #25685
NEAL FIRM, PLLC
P.O. Box 11215
Bainbridge Island, WA  98110
(206) 317-3000
Email:  cneal@coveragenorthwest.com

**Attorneys for Defendant City of Bainbridge Island**
Kari I. Lester, WSBA #28396
OGDEN MURPHY WALLACE P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, WA  98164-2008
Telephone:  (206) 447-7000
Fax:  (206) 447-0215
Email:  klester@omwlaw.com
pabbey@omwlaw.com

DATED:  March 11, 2021

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318

DECLARATION OF JAYNE L. FREEMAN - 4
3:20-cv-06025-RSL

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423