Hon. Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| LISA C. NEAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BAINBRIDGE ISLAND, a Washington State municipal corporation,<br><br>Defendant. | NO.: 3:20-cv-06025-RSL<br><br>**DECLARATION OF CHRISTOPHER NEAL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT CITY OF BAINBRIDGE ISLAND'S MOTION TO DISMISS PLAINTIFF'S CLAIMS OR, IN THE ALTERNATIVE, BIFURCATION OF PRA CLAIMS, AND REQUEST FOR LEAVE TO AMEND**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**NOTED FOR HEARING:**<br>**FRIDAY, MARCH 26, 2021** |

I, Christopher L. Neal, declare as follows:

1. I am Plaintiff's counsel in this lawsuit. I make this declaration based on my personal knowledge of admissible facts. I am competent to testify to the matters set forth in this declaration.

2. Plaintiff's Opposition to Defendant's Motion to Dismiss is supported by Appendix A, Appendix B, and Appendix C. These appendices, incorporated here,

**DECLARATION OF CHRISTOPHER NEAL-** 1
(Cause No. 3:20-cv-06025-RSL)

**NEAL FIRM, PLLC**
PO BOX 11215
BAINBRIDGE ISLAND, WASHINGTON 98110
TELEPHONE (206) 317-3000

provide references to public record video excerpts from parts of Bainbridge Island City Council meetings that contain information that is relevant to Plaintiff's claims made in her First Amended Complaint (Dkt 3), to Defendant's Motion to Dismiss those claims (Dkt 10), and to Plaintiff's Opposition to Defendant's Motion to Dismiss to which this Declaration applies.  Attached hereto as Exhibits A, B, and C are transcriptions of what was said in the video excerpts.  I created the transcriptions to the best of my ability.  The transcriptions are true and correct representations of what was said in each video excerpt, and by whom.

3. Per the public record, Bainbridge Island Municipal Code Ordinance No. 2018-46 was discussed and voted on at the Dec 11, 2018 Council meeting (Appendix A), and passed into law unanimously *via* the Consent Agenda unchanged at the Jan 8, 2019 Council meeting, requiring the numbering change to Ordinance No. 2019-01.  The video of the January 8, 2019, Council meeting is found here: https://bainbridgewa.granicus.com/player/clip/71 and the Agenda Item is 9.E. (9.E. begins at timestamp 2:08:13):  "Ordinance No. 2019-01 (Formerly Ordinance No. 2018-46), Creating a Uniform Process for the Removal and Resignation of Members of Citizen Advisory Committees as well as for the Demotion of the Chairs of Citizen Advisory Committees."

4. COBI's counsel, Jayne Freeman, accepted service of Plaintiff's First Amended Complaint *via* email on January 14, 2021.  Attached as Exhibit D is a true and correct copy of our corroborating email exchange.

5. Discovery is anticipated to reveal different treatment for the Island Center recordings, than for other committees.  The Fed. R. Civ. P. 26(f) conference occurred on March 5, 2021, and COBI has now moved to stay all discovery.  Dkt 12.

**DECLARATION OF CHRISTOPHER NEAL**- 2
(Cause No. 3:20-cv-06025-RSL)

6. Attached as Exhibit E is a true and correct copy of my February 10, 2021, email exchange with COBI's defense counsel, Jayne Freeman. In that exchange (highlighted language p. 1), COBI, a municipal corporation, stated that it was allowed 60 days (January 14, 2021) to file its Answer "per FRCP 4(d)."

7. If the Court is inclined to grant Plaintiff's request to transform COBI's motion, that it first transform the motion on this ground to one under Fed. R. Civ. P. 56, and continue the motion under Fed. R. Civ. P. 56(d) to allow discovery. Plaintiff will then be able to gather evidence, including transcripts of all meetings she attended, and prove the falsity of all statements.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED: March 22, 2021.

                                    NEAL FIRM, PLLC


                                    /s/ Christopher L. Neal
                                    Christopher L. Neal, WSBA #25685
                                    Attorney for Plaintiff Lisa Neal
                                    Neal Firm, PLLC
                                    PO Box 11215
                                    Bainbridge Island, WA 98110
                                    (206) 317-3000
                                    cneal@coveragenorthwest.com

DECLARATION OF CHRISTOPHER NEAL- 3
(Cause No. 3:20-cv-06025-RSL)

NEAL FIRM, PLLC
PO BOX 11215
BAINBRIDGE ISLAND, WASHINGTON 98110
TELEPHONE (206) 317-3000

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which will send notification of such filing to the following:

Jayne L. Freeman, WSBA #24318
Audrey M. Airut Murphy, WSBA #56833
KEATING, BUCKLIN & McCORMACK, INC., P.S.
801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone:  (206) 623-8861
Fax:      (206) 223-9423
Email:  jfreeman@kbmlawyers.com

Kari I. Lester, WSBA #28396
OGDEN MURPHY WALLACE PLLC
901 Fifth Avenue, Suite 3500
Seattle, WA 98164
Email: klester@omwlaw.com

DATED:  March 22, 2021

        NEAL FIRM, PLLC

        /s/  Christopher L. Neal
        Christopher L. Neal, WSBA # 25685
        Attorney for Plaintiff Lisa Neal
        Neal Firm, PLLC
        PO Box 11215
        Bainbridge Island, WA 98110
        (206) 317-3000
        cneal@coveragenorthwest.com

**DECLARATION OF CHRISTOPHER NEAL**- 4
(Cause No. 3:20-cv-06025-RSL)

**NEAL FIRM, PLLC**
PO BOX 11215
BAINBRIDGE ISLAND, WASHINGTON 98110
TELEPHONE (206) 317-3000