UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LISA C. NEAL,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>   Defendant. | CASE NO. 3:20-cv-06025-DGE<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF |

Presently before the Court is Plaintiff's motion to file an overlength brief in support of her Motion to Compel. (Dkt. No. 45.)

Motions seeking approval to file an over-length motion or brief are disfavored, but may be filed subject to certain conditions. Local Civil Rule 7(f). The Court requires a party seeking over-length briefing to set forth a reason or reasons why the Court should grant such relief. *Peters v. Peters*, Case No. 2:21-cv-00955-RSM, Dkt. No. 16 at 2 (W.D. Wash. 2021).

Under the local rules, a motion to compel discovery must be no longer than twelve pages. Local Civil Rule 7(e)(4). Plaintiff contends that she requires an additional 6.5 pages to include

within the brief the text of the discovery requests and responses at issue to facilitate the Court's review of this matter. (Dkt. No. 45.) Plaintiff concedes that the additional pages will not contain any argument concerning the substance of the motion, but contends that including this text will be more convenient for the Court as it will permit the Court to review the motion "without having to flip back and forth between the arguments and a multipage attachment to a declaration." (*Id.*)

The inclusion of this text in the body of motion will not make it appreciably easier for the Court to consider Plaintiff's motion, and is not a sufficiently good reason to overcome the disfavor for motions to file overlength briefs expressed in the local rules.

Accordingly, Plaintiff's motion to file an overlength brief (Dkt. No. 45) is DENIED.

Dated this 1st day of November, 2022.

David G. Estudillo
United States District Judge