UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LISA NEAL,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>        Defendant. | CASE NO. 3:20-cv-06025-DGE<br><br>REQUEST FOR RESPONSE TO MOTION FOR RECONSIDERATION |

Presently before the Court is Plaintiff's motion for reconsideration of the Court's order granting in part and denying in part Plaintiff's motion to compel. (Dkt. No. 79.)

Under Local Civil Rule 7(h)(3), no response to a motion for reconsideration shall be filed unless requested by the Court. Such a request by the Court will set a time when the response is due, and may limit briefing to particular issues or points raised by the motion, may authorize a reply, and may prescribe word or, if written by hand or typewriter, page limitations.

The Court hereby requests that Defendant submit a response to Plaintiff's motion for reconsideration no later than **March 28, 2023**. Defendant's response shall address Plaintiff's

REQUEST FOR RESPONSE TO MOTION FOR RECONSIDERATION - 1

contention that, since briefing closed on her motion to compel, she has received documents in response to public records requests that should have been produced by Defendant in response to earlier discovery requests.  Defendant's response shall be no longer than five (5) pages.

Dated this 21st day of March, 2023.



David G. Estudillo
United States District Judge

REQUEST FOR RESPONSE TO MOTION FOR RECONSIDERATION - 2