The Honorable David G. Estudillo

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF WESTERN

LISA C. NEAL, an individual,

                Plaintiff,

v.

CITY OF BAINBRIDGE ISLAND,

                Defendant.

No. 3:20-cv-06025-DGE

DECLARATION OF
JAYNE L. FREEMAN

I, Jayne L. Freeman, declare as follows:

1. I am over the age of 18, and am otherwise competent to testify as to all matters herein, and make the following statements based on my own personal knowledge.

2. Attached hereto as **Exhibit A** are true and correct copies of email correspondence and their attached letters dated October 27 and October 30, 2023 between counsel regarding Plaintiff's Motion for Judicial Notice.

3. Despite the court's ruling in Dkt. 119 and Dkt. 137, that Plaintiff would be permitted to conduct the Rule 30(b)(6) deposition of the City, previously scheduled for February, 2023, in August of 2023, Plaintiff subsequently issued yet another Rule 30(b)(6) deposition notice to the City and re-noted the deposition for December 1, 2023, just one month prior to the new deadline for filing dispositive motions set by the court. *See*, **Exhibit B**. The court's ruling permitting Plaintiff to proceed with the Rule 30(b)(6) deposition past the deadline for completing discovery was based on and limited to Plaintiff's First Amended Rule 30(b)(6) Deposition Notice.

DECLARATION OF JAYNE L. FREEMAN - 1
3:20-cv-06025-DGE
1002-01718/642961

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

4.  The new deposition notice attempts to further expand topics for the Rule 30(b)(6) notice as well. The court has previously ruled that no further motions will be entertained regarding the scope of the Rule 30(b)(6) Motion. *See*, Dkt. 119 at 9.

5.  In light of the court's prior orders, the City intends to wait until Plaintiff completes the Rule 30(b)(6) deposition prior to re-filing its motion for summary judgment in an effort to avoid further requests for continuance, delay, or unnecessary filings.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 6th day of November, 2023, at Seattle, Washington.

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318

DECLARATION OF JAYNE L. FREEMAN - 2
3:20-cv-06025-DGE
1002-01718/642961

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Christopher L. Neal, WSBA #25685
NEAL FIRM, PLLC
P.O. Box 11215
Bainbridge Island, WA 98110
(206) 317-3000
Email: cneal@coveragenorthwest.com

**Attorneys for Defendant City of Bainbridge Island**

Kari I. Lester, WSBA #28396
OGDEN MURPHY WALLACE P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, WA 98164-2008
Telephone: (206) 447-7000
Fax: (206) 447-0215
Email: klester@omwlaw.com
       pabbey@omwlaw.com

DATED: November 6, 2023

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Email: jfreeman@kbmlawyers.com

DECLARATION OF JAYNE L. FREEMAN - 3
3:20-cv-06025-DGE
1002-01718/642961

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423