The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LISA C. NEAL, an individual, <br><br>               Plaintiff, <br><br>  v. <br><br>CITY OF BAINBRIDGE ISLAND, <br><br>               Defendant. | No. 3:20-cv-06025-DGE <br><br> NOTICE OF UNAVAILABILITY |

Please take notice that counsel for Defendant City of Bainbridge Island will be unavailable to respond to motions, depositions, or other formal action January 2-3, 2024; January 8-9, 2024; January 18-19, 2024; and October 10-14, 2024. Counsel for Defendant City of Bainbridge Island requests that no formal action in the above-referenced case be noted between the listed dates so as to preclude adequate preparation.

DATED: December 4, 2023

                                   KEATING, BUCKLIN & McCORMACK, INC., P.S.

                                   By: */s/ Jayne L. Freeman*
                                        Jayne L. Freeman, WSBA #24318
                                   *Attorney for Defendant City of Bainbridge Island*

                                   801 Second Avenue, Suite 1210
                                   Seattle, WA  98104
                                   Phone: (206) 623-8861
                                   Fax:    (206) 223-9423
                                   Email: jfreeman@kbmlawyers.com

NOTICE OF UNAVAILABILITY - 1
3:20-cv-06025-DGE
1002-01718/646436

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| *Attorneys for Plaintiff* | *Attorneys for Defendant City of Bainbridge Island* |
|---|---|
| Christopher L. Neal, WSBA #25685<br>NEAL FIRM, PLLC<br>P.O. Box 11215<br>Bainbridge Island, WA  98110<br>(206) 317-3000<br>Email:  cneal@coveragenorthwest.com | Kari I. Lester, WSBA #28396<br>OGDEN MURPHY WALLACE P.L.L.C.<br>901 Fifth Avenue, Suite 3500<br>Seattle, WA  98164-2008<br>Telephone:  (206) 447-7000<br>Fax:  (206) 447-0215<br>Email:  klester@omwlaw.com<br>            pabbey@omwlaw.com |

DATED:  December 4, 2023

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Email:  jfreeman@kbmlawyers.com

NOTICE OF UNAVAILABILITY - 2
3:20-cv-06025-DGE
1002-01718/646436

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423